UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DONALD D'AMICO, | ) | 3:17-cv-00431-MMD-WGC |
| Plaintiff, | ) | |
| | ) | **REFERRAL TO PRO BONO PROGRAM** |
| vs. | ) | |
| DUTTON, *et al.*, | ) | |
| Defendants. | ) | |

This case is referred to the Pro Bono Program ("Program") adopted in General Order 2016-02 for the purpose of and identifying counsel willing to be appointed as pro bono counsel for Plaintiff. The scope of appointment shall be for the **limited purpose of participating in settlement negotiations** with Defendants. Accordingly,

**IT IS HEREBY ORDERED** that this case is referred to the Pro Bono Program for appointment of counsel for the purposes identified herein.

**IT IS FURTHER ORDERED** that the Clerk shall also forward this order to the Pro Bono Liaison.

DATED: March 7, 2018.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE