ADAM PAUL LAXALT
  Attorney General
ROBERT W. DELONG, Bar No. 10022
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1120
E-mail: rdelong@ag.nv.gov

*Attorneys for Defendants*
*Joseph Allison, Isidro Baca,*
*Gary Dutton and Justin Henley*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD D'AMICO, | Case No. 3:17-cv-00431-MMD-WGC |
| Plaintiff, | **ORDER GRANTING** |
| v. | **MOTION FOR EXTENSION OF TIME TO FILE STIPULATION AND PROPOSED ORDER TO DISMISS** |
| DUTTON, et al., | **(First Request)** |
| Defendants. | |

Defendants Joseph Allison, Isidro Baca, Gary Dutton, and Justin Henley, by and through counsel Adam Paul Laxalt, Attorney General of the State of Nevada, and Robert W. DeLong, Deputy Attorney General, hereby move for a 30 day extension, from the date of this Motion, to file the stipulation and proposed order to dismiss this matter. This motion is made and based upon the following Memorandum of Points and Authorities and all of the pleadings and papers on file herein.

## MEMORANDUM OF POINTS AND AUTHORITIES

This is Defendants' first request for an extension of time to file a stipulation to dismiss this matter. As reflected in the Minutes of Proceedings entered by this Court on August 21, 2018, the parties to this action reached a settlement during the mediation conference held on August 21, 2018. The undersigned has sent a draft settlement agreement and stipulation for dismissal to appointed counsel for the Plaintiff, Maile Lani Esteban-Trinidad. Defendants request additional time to make final revisions to these documents before they are executed and the proposed order is submitted to this Court. Defendants respectfully assert that good cause exists for this Court to enlarge the time allowed for them to respond to

file the stipulation and proposed order of dismissal, and request permission to file the proposed order no later than thirty (30) days from the date of this Motion. This request is made in good faith and not for the purpose of delay. Defendants respectfully submit that none of the parties will be prejudiced by the extension of time sought.

DATED this 28th day of September, 2018.

ADAM PAUL LAXALT
Attorney General

By: _____
ROBERT W. DELONG
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED:  October 1, 2018.

_____
UNITED STATES MAGISTRATE JUDGE