1  AARON D. FORD
     Attorney General
2  ROBERT W. DELONG, Bar No. 10022
     Deputy Attorney General
3  State of Nevada
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, Nevada 89701-4717
   Tel: (775) 684-1120
6  E-mail: rdelong@ag.nv.gov

7  *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD D'AMICO, | Case No. 3:17-cv-00431-MMD-WGC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| DUTTON, et al., | |
| Defendants. | |

Plaintiff Donald D'Amico, through his Court-appointed Counsel Maile Lani Esteban-Trinidad, appointed for the limited purpose of participating in settlement negotiations, and Defendants Gary Dutton, Joseph Allison, LePore, Justin Henley, and Isidro Baca, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Robert W. DeLong, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///
///
///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

\* \* \*

DATED this 10th day of January, 2019.

By: _____
MILANI ESTEBAN
The Thater Law Group, PC
*Attorneys for Plaintiff*

DATED this 10TH day of January, 2019.

AARON D. FORD
Attorney General

By: _____
ROBERT W. DeLONG
Deputy Attorney General
Bureau of Litigation
Public Safety Division
*Attorneys for Defendant*

**IT IS SO ORDERED.**

DATED this 10th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that |
| 3 | on this 10th day of January, 2019, I caused to be served a copy of the foregoing, **STIPULATION AND** |
| 4 | **ORDER FOR DISMISSAL WITH PREJUDICE**, by U.S. District Court CM/CFE Electronic Filing |
| 5 | to: |

MS. MAILE LANI ESTEBAN-TRINIDAD
THE THATER LAW GROUP, P.C.
7000 SMOKE RANCH ROAD SUITE C
LAS VEGAS, NEVADA 89128
lani@thaterlawgroup.com

_____
An employee of the
Office of the Attorney General

2